IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SAMIR COYETT : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA, et al. : NO. 15-869

ORDER

AND NOW, this 10th day of December, 2015, upon consideration of the partial motion for summary judgment filed by the City of Philadelphia (docket entry #16), and plaintiff's response in opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The City of Philadelphia's partial motion for summary judgment is DENIED;

2. In accordance with Local R. Civ. P. 72.1 and 28 U.S.C. § 636(b)(3), this case is REFERRED to the Honorable Jacob P. Hart to attempt to resolve the claims in this matter;

3. The parties shall COOPERATE in accordance with Judge Hart's instructions;

4. Further proceedings before this Court are STAYED pending the outcome of mediation with Judge Hart; and

5. In the meantime, the Clerk of Court shall TRANSFER this case from our Active Docket to our Civil Suspense Docket.

BY THE COURT:


  /s/Stewart Dalzell, J.
Stewart Dalzell, J.